1  KEKER & VAN NEST LLP
   MICHAEL D. CELIO (SBN 197998)
2  mcelio@kvn.com
   BENEDICT Y. HUR (SBN 224018)
3  bhur@kvn.com
   ANDREW LEVINE (SBN 278246)
4  alevine@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
6  Facsimile:   415 397 7188

7  Attorneys for Defendant
   BROADCOM CORPORATION
8
   THE DERUBERTIS LAW FIRM, APC
9  DAVID M. DERUBERTIS (SBN 208709)
   David@deRubertisLaw.com
10 HELEN KIM (SBN 260195)
   Helen@deRubertisLaw.com
11 4219 Coldwater Canyon Avenue
   Studio City, California 91604
12 Telephone: (818) 761-2322
   Facsimile: (818) 761-2323
13
   Attorneys for Plaintiff
14 ALFREDO J. TALAVERA

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALFREDO J. TALAVERA, | Case No. 8:12-cv-01085 FMO (JEM) |
|---|---|
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | Judge:       Hon. Fernando M. Olguin |
| BROADCOM CORPORATION, | Date First Amd. Comp. Filed: 2/20/13 |
| Defendant. | Trial Date:   April 7, 2014 |

The parties, through their counsel of record, submitted the Stipulation in Support of Order of Dismissal with Prejudice, which provided that Plaintiff Alfredo Talavera and Defendant Broadcom Corporation agreed and stipulated that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each side to bear their own costs and fees

Having considered the Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice, with each side to bear their own costs and fees.

IT IS SO ORDERED.

Dated: September 18, 2013     _____/s/_____
Honorable Fernando M. Olguin
Judge, United States District Court