| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KEKER & VAN NEST LLP<br>MICHAEL D. CELIO (SBN 197998)<br>mcelio@kvn.com<br>BENEDICT Y. HUR (SBN 224018)<br>bhur@kvn.com<br>ANDREW LEVINE (SBN 278246)<br>alevine@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188 |

JS-6

7  Attorneys for Defendant
   BROADCOM CORPORATION
8
9  THE DERUBERTIS LAW FIRM, APC
   DAVID M. DERUBERTIS (SBN 208709)
   David@deRubertisLaw.com
10 HELEN KIM (SBN 260195)
   Helen@deRubertisLaw.com
11 4219 Coldwater Canyon Avenue
   Studio City, California 91604
12 Telephone: (818) 761-2322
   Facsimile: (818) 761-2323
13
14 Attorneys for Plaintiff
   ALFREDO J. TALAVERA

15

16                    UNITED STATES DISTRICT COURT
17                    CENTRAL DISTRICT OF CALIFORNIA
18                          WESTERN DIVISION
19

| | |
|---|---|
| ALFREDO J. TALAVERA,<br><br>              Plaintiff,<br><br>    v.<br><br>BROADCOM CORPORATION,<br><br>              Defendant. | Case No. 8:12-cv-01085 FMO (JEM)<br><br>**STIPULATED ORDER OF**<br>**DISMISSAL WITH PREJUDICE**<br><br>Judge:       Hon. Fernando M. Olguin<br><br>Date First Amd. Comp. Filed: 2/20/13<br><br>Trial Date:  April 7, 2014 |

1    The parties, through their counsel of record, submitted the Stipulation in
2 Support of Order of Dismissal with Prejudice, which provided that Plaintiff
3 Alfredo Talavera and Defendant Broadcom Corporation agreed and stipulated that
4 the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)
5 of the Federal Rules of Civil Procedure, with each side to bear their own costs and
6 fees
7    Having considered the Stipulation and good cause appearing therefor,
8    IT IS HEREBY ORDERED that the above-captioned action be and hereby is
9 dismissed with prejudice, with each side to bear their own costs and fees.
10    IT IS SO ORDERED.

12 Dated: September 18, 2013         _____/s/_____
                                     Honorable Fernando M. Olguin
13                                   Judge, United States District Court